IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELECIO CARDONA,

    Petitioner,

  v.

LINDA PERSONS,

    Respondent.

No. C 13-04365 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On September 20, 2013, Petitioner submitted a document which was opened as a pro se prisoner habeas corpus action, though he failed to submit his claims using the proper habeas corpus petition form. On the same date, Petitioner filed an in forma pauperis ("IFP") application without providing copies of his Certificate of Funds and prisoner trust account statement.

On the same date noted above, the Clerk of the Court sent a notification to Petitioner informing him that his action could not go forward until he either paid the fee or submitted copies of the Certificate of Funds and prisoner trust account statement within twenty-eight-day days. Petitioner was also informed that the failure to either pay the filing fee or file the requisite documents within the twenty-eight-day deadline would result in dismissal of this action. Petitioner did not submit the requisite documents by the deadline. Instead, on October 15, 2013, he filed another IFP application.

On December 12, 2013, the Clerk notified Plaintiff that his IFP application was still deficient due to his failure to include the necessary documents in support of his application. The Clerk also sent another notification to Petitioner informing him that his action could not go forward until he submitted a petition on the proper form. Petitioner was again warned that the failure to submit a petition on the proper form and the failure to either pay the filing fee or file the requisite documents in support of his IFP application within the twenty-eight-day deadline would result in dismissal of this action.

On December 23, 2013, Petitioner submitted a habeas corpus petition on the proper form. Dkt. 7.[1] Petitioner also filed yet another IFP application form and an incomplete Certificate of Funds. Dkt. 8. His Certificate of Funds was not signed by an authorized prison officer, and he did not file a copy of his prisoner trust account statement.

More than twenty-eight days have passed since the Clerk sent its December 12, 2013 notification, and Petitioner has submitted neither a signed Certificate of Funds nor his prisoner trust account statement.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. Petitioner's IFP application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions, and close the file.

This Order terminates Docket No. 8.

IT IS SO ORDERED.

DATED: 1/29/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] The Court notes that Petitioner did not fill out the petition form completely. Petitioner simply writes the word "None" in several of the blanks on the petition form.