IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELECIO CARDONA,

                Petitioner,

  v.

LINDA PERSONS,

                Respondent.

_____/

No. C 13-04365 SBA (PR)

**JUDGMENT**

      For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

      IT IS ORDERED AND ADJUDGED

      That Petitioner take nothing, that the action be dismissed in accordance with the

Court's Order, and that each party bear its own costs of action.

      IT IS SO ORDERED.

DATED: _____1/29/2014_____    _____

                                     SAUNDRA BROWN ARMSTRONG
                                     United States District Judge

**United States District Court**
**For the Northern District of California**